**FILED**

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GERMAN FIDEL CUETO,    )
*#01857-064 KB*        )
*F.C.I. Ashland*       )    Case: 1:08-cv-01033
*POB 6001*             )    Assigned To : Kollar-Kotelly, Colleen
*Ashland, Ky. 41105*   )    Assign. Date : 6/17/2008
        Petitioner,    )    Description: Pro Se General Civil
                        )
        vs.             )
                        )
DIRECTOR, BUREAU OF IMMIGRATION )
AND CUSTOMS ENFORCEMENT, UNITED )    **PETITION FOR**
STATES DEPARTMENT OF HOMELAND   )    **WRIT OF PROHIBITION**
SECURITY,               )
                        )
        Respondent.     )    *Complaint*
                        )

COMES NOW the Petitioner, German Fidel Cueto ("Cueto"),

pro se, and also petitioning for permission to proceed in forma

pauperis, to petition this Court to issue an Order in the manner

of a Writ of Prohibition, or otherwise enjoining the Respondent,

Director of the Bureau of Immigration and Customs Enforcement

("Director"), and the Bureau of Immigration and Customs Enforce-

ment ("ICE") from causing Cueto to be detained beyond his current

term of imprisonment unless and until ICE shows probable cause

to believe that Cueto has committed a crime for which he can be

arrested and detained, or ICE shows this Court that it is reason-

able for ICE to believe that Cueto is not a United States citizen;

and to enter any other judgment or order that the Court determines

is necessary or appropriate.  Without showing probable cause to

believe that Cueto has committed a crime for which he can be

prosecuted, or having some reasonable basis to believe that Cueto

is a deportable alien, ICE has no lawful reason to order Cueto's

detention beyond his sentence of imprisonment.  Nonetheless,

ICE has lodged an immigration detainer against Cueto, even though

**RECEIVED**

MAY 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

ICE has been provided with records from the Bureau of Prisons, United States Department of Justice ("BOP"); and certified copies of records of the United States Department of State reflecting that Cueto is a citizen of the United States of America. By seeking to detain Cueto beyond the term of imprisonment ordered upon his conviction without showing that there is probable cause to believe that Cueto has committed a crime, or that there is a reasonable basis to believe that Cueto is not a United States citizen, ICE is exceeding its statutory and regulatory authority to issue detainers. To the extent that it is necessary to provide the relief that he seeks, Cueto also asks that this Court render declaratory judgment concerning the adequacy of records of the United States Government to establish a reasonable belief that he is a citizen of the United States. In support of this Petition, Cueto pleads as follows:

### THE PARTIES

1. The Petitioner, German Fidel Cueto, is currently serving a term of imprisonment at the Federal Correctional Institution, Ashland, Kentucky ("FCI-Ashland"), in the custody of the BOP. Cueto's conviction and sentence are not challenged by this Petition. Cueto is expected to complete his sentence on January 9, 2016, through actual service of his sentence and credit to his sentence for good conduct time. On August 26, 2002, the Immigration and Naturalization Service ("INS") notified the BOP that it was lodging an immigration detainer against Cueto. The BOP subsequently notified Cueto of the action. A copy of the Immigration Detainer - Notice of Action that was directed to the

BOP by the INS is submitted as Exhibit 1 to this petition.  The detainer will result in Cueto being held in custody beyond the completion of his sentence.

2.  The Respondent, the Director of the Bureau of Immigration and Customs Enforcement, is the principal official responsible for the operations of ICE.  ICE is a federal agency organized within the United States Department of Homeland Security; and is responsible for, among other things, the enforcement and implementation of federal immigration laws.  ICE is the successor agency to the INS, the federal agency which lodged the immigration detainer against the Petitioner, Cueto, in 2002.

## JURISDICTION

3.  The August 26, 2002, Immigration Detainer - Notice of Action cites the authority for Cueto's post-sentence detention as Title 28 Code of Federal Regulations section 287.7.  That regulation was promulgated under the provisions of the Immigration and Naturalization Act, sections 236 and 287.  See 8 U.S.C.S. §§ 1226 and 1357.  The district courts have original jurisdiction of all civil actions arising under the laws of the United States. 28 U.S.C. § 1331.  The district court may issue the writ being sought as relief pursuant to Title 28 United States Code section 1651, and the district court can issue declaratory judgment on the issues presented in this petition pursuant to Title 28 United States Code section 2201(a).

4.  The headquarters for ICE is located at 425 I Street, Northwest, Washington, District of Columbia.  The ICE headquarters

lies within the geographical jurisdiction of the United States
District Court for the District of Columbia.   28 U.S.C. § 88.

    5.   The United States District Court for the District of
Columbia has original jurisdiction over the subject matter of
this case.   The Court can exercise personal jurisdiction over
the parties upon service being made on the Respondent.   The Court
is empowered to order the relief that the Petitioner is seeking.
Geographic jurisdiction is proper withing the District of Columbia.

### PLRA

    6.   The Petitioner is currently being held in federal custody
on the basis of a conviction, and this petition is a civil action
seeking redress from a governmental entity or officer.   As such,
the screening provisions of the Prison Litigation Reform Act
apply to this case.   28 U.S.C. § 1915A.

### FACTS

    7.   The Petitioner, German Fidel Cueto, was born in Spain
in 1937.   The Spanish Civil War was being fought when Cueto was
born, and the war disrupted official recordkeeping.   Cueto beli-
evers that he was born on November 14, 1937.

    8.   In 1951, Cueto left Spain for Cuba with his parents.
Cueto left Cuba and immigrated to the United States in 1958.

    9.   Cueto became a naturalized United States citizen in
1967 or 1968, at Los Angeles, California.

    10.   Cueto is currently serving a 360-month prison term that
was ordered by the United States District Court for the Southern
District of Florida on January 14, 1993, in case number 91-680-CR.

The Presentence Investigation Report that was prepared by the United States Probation Office for the District Court in that case states that Cueto is a naturalized citizen of the United States.

11.   The United States Immigration Service, Oakdale, Louisiana, sent an Immigration Detainer - Notice of Action, dated August 26, 2002, to Cueto's immediate custodian —— the Warden of FCI-Ashland.  The detainer informs the Warden that Title 8 Code of Federal Regulations section 287.7 requires the Warden to detain "the alien" (i.e., Cueto) for a period of up to 48 hours, excluding Saturdays, Sundays and federal holidays.  Despite the detainer's characterization of Cueto as an alien, the information written onto the detainer form by the INS identifies Cueto's nationality as "United States."  A copy of the Immigration Detainer - Notice of Action, dated August 26, 2002, as it exists within the records system of the BOP at FCI-Ashland, is attached to this petition as Exhibit 1.

12.   After the BOP informed Cueto that the INS had lodged an immigration detainer, Cueto set about trying to secure records that reflect his naturalization and his United States citizenship.  Cueto had been confined for over ten years when the INS lodged its detainer.  During the time of his confinement, almost all of Cueto's records and papers were lost.  Cueto was not able to locate a copy of his naturalization certificate.  However, Cueto was able to  locate his United States passport.  A third-party caused a copy to be made of an identifying page from the

passport, with the page being notarized to attest to its authen-
ticity.

13. The notarized copy of a page from Cueto's passport was
sent to Cueto at FCI-Ashland. Cueto further attested to the copy
by taking an oath pursuant to Title 18 United States Code section
4004. Cueto then sent the notarized and attested to copy of the
page from his passport to ICE, which by then had taken over the
duties formerly assigned to the INS. Cueto no longer has a copy
of the correspondence dated May 17, 2005, that forwarded the
passport page to ICE. A copy of the passport page that was
forwarded to ICE is attached to this petition as Exhibit 2.

14. ICE responded to Cueto's letter with its letter of
June 15, 2005. The ICE letter states in part:

> The fact that a United States passport was issued to
> you, in and of itself, does not make you a United
> States citizen. If you have any evidence to support
> your claim to United States citizenship, such as a
> copy of your naturalization certificate or the passport
> application, please provide it to me at the above
> referenced address and it will be investigated immedi-
> ately. If this documentation is verified, the detainer
> will be lifted. Until then, the detainer will remain
> in force.

The entire ICE letter to Cueto dated June 15, 2005, is attached
to this petition as Exhibit 3.

15. Shortly after receiving the June 15, 2005 ICE letter,
Cueto made requests for passport records and naturalization
records under the provisions of the Freedom of Information Act,
Title 5 United States Code section 552, and the Privacy Act,
Title 5 United States Code section 552a.

16. On November 18, 2005, Cueto made an "Inmate Request

to Staff" at FCI-Ashland related to a then-recent revision to Title 8 Code of Federal Regulations section 287.7(c). As a result of the request, the BOP sent a letter to ICE, dated November 28, 2005, requesting a review of Cueto's immigration file. The letter informs ICE that the detainer that INS filed indicates that Cueto's nationality is with the United States, and that Cueto's Presentence Investigation Report states that Cueto is a naturalized citizen of the United States. A copy of the November 18, 2005 "Inmate Request to Staff" is attached to this petition as Exhibit 4. A copy of the resulting BOP letter to ICE, dated November 28, 2005, is attached to this petition as Exhibit 5. Both of the original documents were retained by the BOP.

17. Cueto's Freedom of Information Act and Privacy Act requests to the United States Department of State resulted in the release of a copy of the passport application related to the United States passport that is described in paragraph 12 of this petition. The passport application that Cueto received is attached to this petition as Exhibit 6.

18. On August 14, 2007, the Department of State issued a certified copy of the passport record that had been released to Cueto through the Freedom of Information/Privacy Act process. A copy of the certified record received by Cueto is attached to this petition as Exhibit 7. The actual certified record that Cueto received from the Department of State was sent to ICE in the manner described in paragraph 20 of this petition.

19.   The Department of State sent a letter, dated August 17, 2007, to Cueto along with its certified record.   Among other things, the letter states:

> Our records verify that you were born in Spain on November 14, 1937.   Your United States citizenship and date of birth are, therefore, a matter of record with the Department of State.

A copy of the August 17, 2007 Department of State letter to Cueto is attached to this petition as Exhibit 8.   The actual August 17, 2007 Department of State letter to Cueto was sent to ICE in the manner described in paragraph 20 of this petition.

20.   In a letter dated September 7, 2007, Cueto requested that ICE remove the immigration detainer that it had lodged against him.   A copy of that letter is attached to this petition as Exhibit 9.   The letter was deposited in the prison mail system at FCI-Ashland, with first-class postage, the certified mail fee, and the return receipt fee prepaid.   The letter was addressed to: U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, 1010 East Whatley Road, Oakdale, Louisiana 71463.   The address of the September 7, 2007 letter corresponds with ICE's June 15, 2005 letter to Cueto (Exhibit 3).   The September 7, 2007 letter encloses copies of ICE's June 15, 2005 letter; the BOP letter to ICE dated November 28, 2005; the original certified passport application from the Department of State; and the Department of State's August 17, 2007 letter. The September 7, 2007 letter and its enclosures entered the United States postal system on September 11, 2007; and was de-livered on September 17, 2007.   The certified mail receipt

attached to the envelope containing the September 7, 2007 letter and enclosures is attached to this petition as Exhibit 10.  The associated PS Form 3811, Domestic Return Receipt, is attached to this petition as Exhibit 11.

21.  Other than the Domestic Return Receipt that was returned to Cueto by the Postal Service, ICE has not acknowledged or otherwise responded to Cueto's September 7, 2007 letter.

22.  The BOP sent a follow-up letter to its November 28, 2005 letter to ICE on May 6, 2008.  A copy of the BOP's May 6, 2008 letter is attached to this petition as Exhibit 12.

### BASIS FOR RELIEF

23.  The terms of the immigration detainer itself obligates Cueto's custodian to detain him for up to 48 hours, excluding Saturdays, Sundays and federal holidays, beyond the completion of his term of imprisonment.  The purpose of the detainer is to enable ICE to detain Cueto for an even longer period of time. Cueto has a liberty interest in not being detained or under restraint except as authorized by law.

24.  The ICE detainer also affects how Cueto's term of imprisonment will be served.  The detainer affects Cueto's prison custody, and will make him ineligible to participate in particular BOP programs.  T. 28 C.F.R. § 524.13 (July 1, 2006).  For example, the detainer will make Cueto ineligible to participate in community corrections (i.e., halfway house) programs during the final months of his sentence.  See generally Second Chance Act of 2007, Pub.L. 110-199 § 251, 122 STAT. 657, 692.

25.   The immigration detainer that was lodged against Cueto cites Title 28 Code of Federal Regulations section 287.7 as the authority upon which the detainer rests.  Subsection (a) of that regulation cites the Immigration and Nationality Act ("INA") sections 236 and 287 as the statutory authority for issuing immigration detainers.  See also 8 U.S.C.S. 1226 and 1357.

26.   Title 28 Code of Federal Regulations sections 287.7(c) requires:

> Availability of Records.  In order for the Department [of Homeland Security] to accurately determine the propriety of issuing a detainer, serving notice to appear, or taking custody of an alien in accordance with this section, the criminal justice agency request-ing such action or informing the Department of a con-viction or act that renders an alien inadmissible or removable under any provision of law shall provide the Department with all documentary records and information available from the agency that reasonably relates to the alien's status in the United States, or that may have an impact on conditions of release.

The BOP has complied with subsection (c)'s requirement through its letters of November 28, 2005, and May 6, 2008 (Exhibits 4 and 12).  The information provided to ICE by the BOP indicates that Cueto is a United States citizen, and therefore is outside of the scope of persons covered by INA section 236, and Title 28 Code of Federal Regulations section 287.7.

27.   Section 236 of the INA provides statutory authority to arrest and detain an alien pending a decision on whether the alien is to be removed from the United States.  See also 8 U.S.C.S. 1226(a).

28.   Section 287 of the INA establishes the powers of im-migration officers and employees, including their authority to

arrest and detain any person for committing an offense against the United States, and to arrest and detain aliens who are in the United States unlawfully. See also 8 U.S.C.S. 1357. Title 18 United States Code section 4001(a) provides that "[n]o citizen shall be imprisoned or otherwise detained by the United States except pursuant to an Act of Congress."

29. Section 101(a)(3) of the INA states that "[t]he term 'alien' means any person not a citizen or national of the United States." Section 101(a)(22) of the INA states that "[t]he term 'national of the United States' means (A) a citizen of the United States...." Under the terms established by Congress through the INA itself, a citizen of the United States cannot be deemed an alien within the meaning of the Act. See also 8 U.S.C.S. 1101(a)(3) and (a)(22). The pre-removal detention authority established by INA sections 236 and 287 is limited by the Act itself to detention of aliens (i.e., persons who are not citizens or nationals of the United States). The arrest or detention of any person upon a belief that they have committed an offense against the United States must be based on probable cause. U.S. Const. Amend. IV. See generally Byars v. United States, 273 U.S. 28 (1927)(agent's good reason to believe and belief is inadequate to support search warrant); United States v. Ventresca, 380 U.S. 102 (1965)(affidavits that are purely conclusory and only state affiant's or informant's beliefs do not meet the probable cause requirement); United States v. Cobb, 432 F.2d 716 (4th Cir. 1970)(mere possibility, conjecture or suspicion is insufficient

to support issuance of search warrant).  In <u>Payton v. New York</u>,
445 U.S. 573 (1980), the Supreme Court held that the arrest of
a person is quintessentially a seizure, and is therefore subject
to the Fourth Amendment's requirements.  The ICE detainer, which
commands that the subject of the detainer be held on the authority
of the detainer alone for up to five days, is beyond a temporary
detention requiring only a reasonable suspicion that the subject
of the detainer is a removable alien.  The ICE detainer essenti-
ally instructs the BOP to presume that Cueto is removable from
the United States as an alien, and to continue to hold Cueto in
its custody beyond the completion of his sentence, even though
the BOP's own records and other records that have been provided
to ICE indicate that Cueto is a naturalized United States citi-
zen.

     30.  The immigration detainer (Exhibit 1) identifies Cueto's
nationality as "United States."  That identification is incon-
sistent with a reasonable belief that Cueto is a removeable
alien.

     31.  The BOP has notified ICE on two occasions of information
in its records, including information contained in the United
States Probation Office's Presentence Investigation Report that
was provided to the United States District Court before Cueto's
sentencing, that Cueto is a United States citizen.

     32.  Cueto has provided ICE with the United States Department
of State's certified copy of his most recent passport application,
and the original Department of State letter which states that

Cueto's United States Citizenship is a matter of record within the Deaapartment of State.

33.  The ICE letter of June 15, 2005 (Exhibit 3) instructs Cueto to submit any evidence of United States citizenship, such as a passport application, and states that ICE will immediately investigate the submitted evidence and lift Cueto's detainer upon verification of the document.  The requested evidence has been submitted to ICE, with the Department of State's certification that the document is genuine; however, ICE has not responded and has not taken any action to withdraw its detainer.

34.  ICE has not shown probable cause to believe that Cueto has committed an offense against the United States other than the offenses for which he has already been convicted.

35.  The records of the Department of State and the BOP indicate that Cueto is a United States citizen, and those records have been provided to ICE.  Those records are consistent with the information contained in the immigration detainer itself which identifies Cueto as a national of the United States.  None of this information is consistent with a reasonable belief that Cueto is a removeable alien, and ICE's authority to lodge immigration detainers is limited to detaining aliens.

36.  As such, the Bureau of Immigration and Customs Enforcement has exceeded its authority to issue detainers under the provisions of Title 8 Code of Federal Regulations section 287.7, and should be prohibited from causing Cueto to be detained beyond his term of imprisonment unless a warrant is obtained charging an offense against the United States, or a showing is made to

this Court that there is reason to believe that Cueto is not a national of the United States and is an alien subject to removal from the United States.

## CONCLUSION

For these reasons, the Petition should be granted.

By signing this Petition I am declaring under the penalty of perjury that the factual representations contained herein are true and correct to the best of my knowledge, information and belief, and that the documents attached to this Petition are as they are represented. Executed on the 21st day of May, 2008.

Respectfully submitted,

German Fidel Cueto, pro se
01851-064  KB
FCI-Ashland
Post Office Box 6001
Ashland, Kentucky 41105-6001

U.S. Department of Justice
Immigration and Naturalization Service

**Immi   ..on Detainer – Notice of Action**

| BOP No.: 01851064 |
| File No: 022120999 |
| Date: 8/26/2002 |

**To:** (Name and title of institution)

WARDEN
ASHLAND FED.CORR.INST.
ST RT 716
ASHLAND KENTUCKY 41105-0888

**From:** (INS office address)

U.S. IMMIGRATION SERVICE
OAKDALE,
P.O.BOX 5095 101 East Whatley Rd.
Oakdale LA 71463

Name of alien:  CUETO, German Fidel  (_KR_)                Projected Release:  1/9/2016

Date of birth:  11/14/1937   Nationality:  UNITED STATES                Sex:  Male

You are advised that the action noted below has been taken by the Immigration and Naturalization
Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached was served on  _____
(Date)

☐ Deportation or removal from the United States has been ordered.

It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision
affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays,
Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling
_____ during business hours or _____ after hours in an emergency.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped
envelope is enclosed for you convenience. ☐ Please return a signed copy via facsimile to _____
(Area code and facsimile number)

Return fax to the attention of _____ , at _____
(Name of INS officer handling case)       (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death of transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____

Patricia Paul, I A
(Signature of INS official)

_____ IHP OFFICER
(Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____  Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

**08 1033**

EXHIBIT 1

**FILED**
Form I-247(Rev. 4-1-97)N

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

*...ecretary of State*
*of the Un...d States of America*
*hereby requests all whor...s may concern to permit the citizen/*
*national of the United States named herein to pass*
*without delay or hindrance and in case of need to*
*give all lawful aid and protection.*

*Le Secrétaire d'Etat*
*des Etats-Unis d'Amérique*
*prie par les présentes toutes autorités compétentes de laisser passer*
*le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport,*
*sans délai ni difficulté et, en cas de besoin, de lui accorder*
*toute aide et protection légitimes.*

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE

*First Passport issued*
*June 27, 1969  # K15668*

UNITED STATES OF AMERICA

PASSPORT
PASSEPORT

Type/Cat.
P

Code of issuing/Code du pays
USA

#PASSPORT NO./NO. DU PASSEPORT
041411358

Surname / Nom
CUETO

Given names / Prénoms
GERMAN FIDEL

Nationality / Nationalité
UNITED STATES OF AMERICA

Date of birth / Date de naissance
19 NOV/NOV 37

Sex / Sexe
M

Place of birth / Lieu de naissance
SPAIN

Date of issue / Date de délivrance
05 JUN/JUN 86

Date of expiration / Date d'expiration
04 JUN/JUN 96

Authority / Autorité
PASSPORT AGENCY
MIAMI

Amendments/
Modifications
SEE PAGE
24

P<USACUETO<<GERMAN<FIDEL<<<<<<<<<<<<<<<<<<<<<
0414113589USA3711147M9606047<<<<<<<<<<<<<<4

08 1033

The subscribed  Notary PUblic attest the following:
This is a copy of the original document.
Miami,Fl. Sep 21, 2002

Notary Public: _____

ORLANDO J. SALAS
MY COMMISSION # DD 027552
EXPIRES: June 16, 2005
NOTARY PUBLIC STATE OF FLORIDA

**FILED**

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

NAME

Case Manager
TITLE

AUTHORIZED BY THE ACT
JULY 7, 1955 TO ADMINISTE...
OATHS. (18 USC 409...

EXHIBIT 2

June 15, 2005

U.S. Department of Homeland Security
1010 ... ... ... ...
Oak ... ... ...

**U.S. Immigration
and Customs
Enforcement**

German Cueto; Reg #01851-064
FCI Ashland
P. O. Box 6001
Ashland, KY 41105-6001

RE: DETAINER REMOVAL REQUEST; A22 120 999

Dear Mr. Cueto:

This is in reference to your letter dated May 17, 2005, wherein you requested a removal of the detainer lodged against you by this service.

Our records indicate that you entered the United States on an unknown date at an unknown location without inspection by an Immigration Officer. There is no record in our Service file or computer system that you became a naturalized United States citizen. On March 29, 1979, you were convicted in the United States District Court, Western District of Oklahoma for the offense of bank robbery, in violation of Title 18, United States Code, Section 2113. You were sentenced to serve a term of imprisonment of fifteen years. You were, on February 9, 1993, convicted in the United States District Court, Southern District of Florida for the offenses of conspiracy to possess with intent to distribute Cocaine, possession with intent to distribute Cocaine and bribery of a public official. You were sentenced to serve 360 months and 21 months respectively, to be served concurrently. This Service has an obligation to process you as required by the laws enacted by Congress for the removal of aliens convicted of crimes defined as an aggravated felony. However, if you did in fact become a naturalized United States citizen, you should have a naturalization certificate issued by the Service in your possession. The fact that a United States passport was issued to you, in and of itself, does not make you a United States citizen. If you have any evidence to support your claim to United States citizenship, such as a copy of your naturalization certificate or the passport application, please provide it to me at the above referenced address and it will be investigated immediately. If this documentation is verified, the detainer will be lifted. Until then, the detainer will remain in force.

The detainer is for notification purposes only, so that the institution will release you to our custody for removal proceedings upon completion of your sentence. The detainer is not intended to cause you any deprivations while in prison.

When you come from prison into actual custody of this Service, you will be notified of the conditions, if any, under which release will be permitted. In the Matter of Lehder, 15 T&N Dec. 159, the Board of Immigration Appeals found that the District Director, when placing a detainer, need not make a determination concerning custody conditions, if the alien is not physically in his custody. Furthermore, the Board stated that while the respondent was in the custody of another agency, he should seek relief from the consequences of the detainer from the present custodial authorities rather than the Service.

Accordingly, the detainer will not be lifted at this time. Any request for mitigation of the effects of the detainer should be made to the authorities of the correctional institution and not to this service.

Sincerely,

Jeannine E. Brady, Immigration Enforcement Agent

EXHIBIT 3

08 1033

FILED

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                        FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Records Section, ISM Office | November 18, 2005 |
| FROM: German CUETO | REGISTER NO.: 01851-064 |
| WORK ASSIGNMENT: UNICOR | UNIT: KB |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

Title 8 C.F.R. § 287.7(c)(1/1/04) revises that subsection to require agencies informing the DHS that a detained person is removable to provide DHS with "all documentary records and information available from the agency that reasonably relates to the alien's status in the United States." The ICE has lodged an immigration detainer against me on the basis of preliminary information that the BOP provided to them in 2002. In light of the revision of § 287.7(c), I am requesting that the BOP provide ICE with the portions of my pre-sentence investigation report reflecting my U.S. citizenship, as well as any other records in the BOP's custody or control that reflect my status as a U.S. citizen  I am also requesting that I be provided with a copy of the records that the BOP provides to DHS along with any cover communication. Thank you.

(Do not write below this line)

DISPOSITION:

08 1033

Attached is a copy of a letter written to BICE requesting a review of your case. Once a reply is received, you will be notified.

**FILED**

JUN 17 2008

**Clerk, U.S. District and Bankruptcy Courts**

| Signature Staff Member | Date |
|---|---|
| Cty A Wyatt Ism | 11-28-05 |



**U.S. DEPARTMENT OF JUSTICE**

Federal Bureau of Prisons

*Federal Correctional Institution*
*P. O. Box 888*
Ashland, KY 41105-0888

November 28, 2005

Bureau of Immigration and Customs Enforcement
1010 East Whatley Road
Oakdale, LA 71463

RE: CUETO, German Fidel
    Reg. No. 01851-064 (KB)
    INS No. A22 120 999

Dear BICE Official:

The above referenced inmate has requested a review of his immigration file based on his status as a naturalized U.S. citizen.

Inmate Cueto was sentenced on January 14, 1993, in the U.S. District Court Southern Florida, to a 360 month term for Bribery of a Public Official, Conspiracy to Possess With Intent to Distribute Cocaine, and Possession With Intent to Distribute Cocaine. His projected release date is January 9, 2016.

On August 26, 2002, an Immigration Detainer was filed by your office indicating Nationality: United States. Also, pursuant to inmate Cueto's Presentence Investigation Report, "the defendant is a naturalized citizen of the United States."

Please review inmate Cueto's immigration file and advise this office of your decision in his case.

Sincerely,

Cathryn A. Wyatt
Inmate Systems Manager

**EXHIBIT 5**

08 1033



FILED

JUN 17 2008

Clerk, U.S. District
Bankruptcy Court

UNITED STATES DEPARTMENT OF STATE
PASSPORT APPLICATION

SEE INSTRUCTIONS—TYPE/PRINT IN INK — WHITE AREAS

## IDENTIFYING INFORMATION

**NAME**  FIRST NAME: German    MIDDLE NAME: Fidel

**LAST NAME**: Cueto

**MAILING ADDRESS**

STREET: 86 NE 6 Ave

CITY, STATE, ZIP CODE: Hialeah Fl. 33010

IN CARE OF:

041411358

☐ 5 yr.  ☐ 10 yr.   Issue Date
R    D    O    DP    Endorsement _____

**SEX**: X Male  ☐ Female

**PLACE OF BIRTH** (City, State or Province, Country): Asturias Spain

**DATE OF BIRTH**: 11 / 14 / 37   Month Day Year

**SOCIAL SECURITY NUMBER** (Not Mandatory): 5 7 8 5 4 9 7 0 7

**HEIGHT**: 5 Feet 9 Inches

**COLOR OF HAIR**: Br.

**COLOR OF EYES**: Br.

**(Area Code) HOME PHONE**: 3 0 5 8 8 5 0 1 7

**(Area Code) BUSINESS PHONE**: _____

**PERMANENT ADDRESS** (Street, City, State, ZIP Code): Same

**OCCUPATION**: Self Employed

**DEPARTURE DATE**: _____

**FATHER'S FULL NAME**: Julio F. Cueto

**FATHER'S BIRTHPLACE AND FATHER'S BIRTH DATE** (Mo., Day, Yr.): Asturias Spain  2 24 03

**FATHER U.S. CITIZEN?**: ☐ Yes  X No

**MOTHER'S FULL MAIDEN NAME**: Blanca R. Cueto

**MOTHER'S BIRTHPLACE AND MOTHER'S BIRTH DATE** (Mo., Day, Yr.): Asturias Spain

**MOTHER U.S. CITIZEN?**: ☐ Yes  X No

## PREVIOUS PASSPORT INFORMATION

**HAVE YOU EVER BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT?**: X Yes  ☐ No

IF YES, COMPLETE NEXT LINE REGARDING MOST RECENT PASSPORT, SUBMIT PASSPORT IF AVAILABLE.

**NAME IN WHICH ISSUED**: German Fidel Cueto

**PASSPORT NUMBER**: R100 5668

**ISSUE DATE** (Mo., Day, Yr.): 6 26 69

**DISPOSITION** (Stolen, Lost, etc.): _____

## MARRIAGE INFORMATION

**HAVE YOU EVER BEEN MARRIED?**: X Yes  ☐ No

**IF YES DATE OF MOST RECENT MARRIAGE**: 9 18 59

**SPOUSE'S FULL BIRTH NAME**: Ann Victoria McEwen

**WIDOWED/DIVORCED? IF YES, GIVE DATE**: ☐ Yes  ☐ No

## TRAVEL PLANS (Not Mandatory)

**COUNTRIES**: _____

**LENGTH OF STAY**: _____

## IN CASE OF EMERGENCY, NOTIFY (Person Not Traveling With You) (Not Mandatory)

**FULL NAME**: Nancy Cueto

**ADDRESS**: 86 NE 6th Ave

**(Area Code) PHONE NUMBER**: 305 885 0117

**RELATIONSHIP**: sister

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY ACCEP...

I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

Subscribed and sworn to (affirmed) before me

06 03 86  (b)(6) (pp)

(SEAL)

X _____ (Sign in presence of acceptance agent)

(Signature of person authorized to accept application)

☐ Postal Employee  ☐ Clerk of Court or  ☐ Passport Agent at _____

## ACCEPTANCE AGENT'S USE ONLY

(Identifying Documents & Number): C300 - 286 - 37 - 4.14

| ISSUE DATE | | | EXPIRATION DATE | | | ISSUED IN THE NAME OF | PLACE OF ISSUE |
|---|---|---|---|---|---|---|---|
| 05 | 28 | 86 | 11 | 14 | 92 | German Fidel Cueto | EZO |
| Month | Day | Year | Month | Day | Year | | |

## FOR PASSPORT SERVICES USE ONLY

**ADJUDICATOR'S NOTES**

☐ Birth Cert.  SR  CR  City  Filed/Issued: LH

☐ Passport  Bearer's Name.

☐ Naturalization/Citizenship Cert.  No.:

☐ Other: _____ returned

Examiner's Name

(b)(6) (pp)

**FILED**

JUN 17 2008

Clerk, U.S. District and Bankruptcy Courts

060586A 746

EXHIBIT 6

42

No. P07/10328

# United States of America



## DEPARTMENT OF STATE

## To all to whom these presents shall come, Greeting:

Vanessa D. Washington

*I Certify That* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*whose name is subscribed to the document hereunto annexed, was at the time*
*of subscribing the same* _ _ _ _ Acting Chief, Records Services Division,

_ _ _ Passport Services _ _ _ _ _ *, Department of State, United States*
*of America, and that full faith and credit are due to his acts as such.*

08 1033

**FILED**

JUN *17* 2008

**Clerk,** U.S. District and
**Bankruptcy Courts**

Condoleezza Rice

*In testimony whereof, I* _ _ _ _ _ _ _ _ _ _ _ _ _

*Secretary of State, have hereunto caused the seal of the*

*Department of State to be affixed and my name subscribed by the*

*Authentication Officer of the said Department, at the city of*

*Washington, in the District of Columbia, this* _ _14th _ _ _

*day of* _ _ _ _ August _ _ , 20 07 _

*Condoleezza Rice*
*Secretary of State.*

*By* *Carolyn y Johnson*
*Authentication Officer, Department of State*

Issued pursuant to RS 161 5 USC 22 RS
203 5 USC 158, Sec. 1 of Act of June 25
1948, 62 St. 946, 28 USC 1733; Sec 4 of
Act of May 26, 1949, 63 St. 111, 5 USC 151c,
and Secs. 104 and 332 of Act of June 27,
1952 66 St. 174 and 253, 8 USC 1104, 1443,
and 5 USC 140.

EXHIBIT 7/page 1

*This certificate is not valid if it is removed or altered in any way whatsoever*



**United States Department of State**
*Washington, D.C. 20520*

August 2, 2007

TO WHOM IT MAY CONCERN:

    I, Vanessa D. Washington, Acting Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Acting Chief of the Records Services Division, I am the custodian of the passport files.

    I further certify that: 1) the passport record attached hereto and listed below, consisting of one page, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

    1. Application for United States passport #041411358 issued to German Fidel Cueto on June 5, 1986, at the Miami Passport Agency. **[Released in Part – Pursuant to the Freedom of Information Act, subsection (b)(6) and Privacy Act, subsection (pp). We have redacted material, the release of which, would constitute a clearly unwarranted invasion of personal privacy of a third party, namely the passport acceptance or adjudication clerk.]**

EXHIBIT 7/page 2

PASSPORT APPLIC...    ON
...PRINT IN IN... WHITE AREAS

||||||| 041411358

...MATION

~~FIRST NAME~~
German    | MIDDLE NAME
| Fidel

Cueto

...RESS

86 NE 6 Ave
Hialeah Fl. 33010

☐ 5 yr. ☑ 10 yr.    Issue Date ___
R    D    O    DP    Endorsement ___

☐ Female    PLACE OF BIRTH
City, State or Province, Country    Asturias Spain    DATE OF BIRTH    SOCIAL SECURITY NUMBER (Not Mandatory)
| 1 | 1 | 19 | 37 |    5 | 7 | 8 | 5 | 4 | 9 | 7 | 0 | 7 |
Month | Day | Year

...HEIGHT
5 9    Feet Inches    COLOR OF HAIR
Br    COLOR OF EYES
Br.    (Area Code) HOME PHONE    (Area Code) BUSINESS PHONE
3 | 0 | 5 | 8 | 8 | 5 | 1 | 0 | 1 | 7 |  |  |  |  | — |  |  |  | — |  |  |  |  |

PERMANENT ADDRESS (Street, City, State, ZIP Code)    OCCUPATION    DEPARTURE DATE
Same    Self Employed

FATHER'S FULL NAME    FATHER'S BIRTHPLACE AND FATHER'S BIRTH DATE (Mo., Day, Yr.)    FATHER U.S. CITIZEN?
Julio F. Cueto    Asturias Spain    | 2 | 24 | 03 |    Yes    ☒ No

MOTHER'S FULL MAIDEN NAME    MOTHER'S BIRTHPLACE AND MOTHER'S BIRTH DATE (Mo., Day, Yr.)    MOTHER U.S. CITIZEN?
Blanca R. Cueto    Asturias Spain    | 7 | 19 | 11 |    Yes    ☒ No

PREVIOUS PASSPORT INFORMATION
HAVE YOU EVER BEEN ISSUED OR INCLUDED IN A U.S. PASSPORT? ☒ Yes ☐ No    IF YES, COMPLETE NEXT LINE REGARDING MOST RECENT PASSPORT, SUBMIT PASSPORT IF AVAILABLE.
NAME IN WHICH ISSUED    PASSPORT NUMBER    ISSUE DATE (Mo., Day, Yr.)    DISPOSITION (Submitted, Lost, etc.)
German Fidel Cueto    K10056668    | 6 | 26 | 69 |    expired

MARRIAGE INFORMATION    Yes    No
HAVE YOU EVER BEEN MARRIED? ☒    IF YES:    DATE OF MOST RECENT MARRIAGE
| 9 | 18 | 59 |
SPOUSE'S FULL BIRTH NAME    WIDOWED/DIVORCED? IF YES, GIVE DATE
Ann Victoria McEwen    Yes    No |  |  |  |  |

TRAVEL PLANS (Not Mandatory)    IN CASE OF EMERGENCY, NOTIFY (Person Not Traveling with You) (Not Mandatory)
COUNTRIES    FULL NAME    Nancy Cueto
ADDRESS    86 NE 6th Ave
LENGTH OF STAY    (Area Code) PHONE NUMBER    RELATIONSHIP
3 | 0 | 5 | 8 | 8 | 5 | 1 | 0 | 1 | 7 |    sister

DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY ACCEPTANCE AGENT
I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

Subscribed and sworn to (affirmed) before me    X _____ (Sign in presence of acceptance agent)
✗ | 06 | 03 | 86 |

(b)(6), (pp)
Signature of p... ___    ☑ Postal Employee    ☐ Clerk of Court or    ☐ Passport Agent at

[seal: JUN 3 1986 HIALEAH USPO]

FOR ACCEPTANCE AGENT'S USE ONLY    (Identifying Documents & Number)    C300-286-57-414
ISSUE DATE    EXPIRATION DATE    ISSUED IN THE NAME OF    PLACE OF ISSUE
| 05 | 28 | 86 |    | 11 | 19 | 92 |    German Fidel Cueto    ECO
Month | Day | Year    Month | Day | Year    (b)(6), (pp)
Agent ... Department of ...

FOR PASSPORT SERVICES USE ONLY    ADJUDICATOR'S NOTES
☐ Birth Cert.    SR    CR    City    Filed/Issued:
☐ Passport    Bearer's Name: same    hers    JUN 05 1986
☐ Naturalization/Citizenship Cert.    No.:
☐ Other: P no
☐ See R    Examiner's Name    060586A 746 166 NI    PA    42
☐ Returned    Office, Date    FEE 35 no    EXEC. 1    POST
☐ Attached

EXHIBIT 7

Form Approved OMB No. 1405-004 (Exp. 12/31/88)



**United States Department of State**
*Washington, D.C. 20520*

AUG 1 7 2007

In reply refer to:
CA/PPT/L/LE – CUETO, German Fidel
Case Officer: CA Viergutz
Case Control Number – 200502938

Mr. German Cueto
01851-064 KB
FCI - Ashland
Ashland, KY 41105-6001

Dear Mr. Cueto:

I am responding to your letter of July 9, 2007, requesting a certified copy of your most recent passport record.

Per our previous correspondence of June 27, 2007, we conducted a search of our records and were able to locate one document that appears relevant to your request. Enclosed, please find a certified copy of said document.

You may overcome the Freedom of Information Act and Privacy Act restrictions by providing a Court Order signed by a Judge of competent jurisdiction. If you are unable to provide this item but feel you are entitled to this information, please provide this office with your justification for having access to the redacted information.

Our records verify that you were born in Spain on November 14, 1937. Your United States citizenship and date of birth are, therefore, a matter of record with the Department of State.

If you wish to obtain a replacement Certificate of Naturalization, please contact the Bureau of Citizenship and Immigration Services for assistance. You may call 1 (800) 870-3676 and request form #N-565 (#N-600).

08 1033

**FILED**

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

EXHIBIT 8/page 1

- 2 -

EXHIBIT 8/page 2

Please be aware that when submitting the certified United States passport record for review with an application for a United States passport, the reviewing agent has the right to request additional evidence of citizenship.

A citizen who has been convicted of a crime is entitled to passport facilities if they have served their sentence or was pardoned. If the United States citizen is on parole or probation or otherwise restricted from leaving the jurisdiction of a court, the citizen will be required to submit the written permission of the restraining authorities with their application before a passport can be issued to them.

Please note, the following is stated in Title 22 Code of Federal Regulations, Subpart E "Limitation on Issuance or Extension of Passports," Sec. §51.70: "Denial of Passports." A passport shall not be issued if the applicant is the subject of an outstanding Federal warrant of arrest for a felony, including a warrant issued under the Federal Fugitive Felon Act (18 U.S.C. §1073); or the applicant is subject to a criminal court order, condition of probation, or condition of parole, any of which forbids departure from the United States and the violation of which could result in the issuance of a Federal warrant of arrest, including a warrant issued under the Federal Fugitive Felon Act.

I hope the enclosed documentation will be of assistance to you. If we can be of further assistance, please let us know.

Sincerely,

Vanessa D. Washington, Chief
Law Enforcement Liaison Division
Office of Legal Affairs
Passport Services

Enclosures:
As stated

Ashland, Kentucky
September 7, 2007

U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
1010 East Whatley Road
Oakdale, LA  71463

                        BY CERTIFIED MAIL
                        No. 70053110 0003 8813 5357

          Re:  Detainer Removal Request;
               German Fidel CUETO,
               INS No. A22 120 999

To Whom It May Concern:

     Enclosed for your reference and information are the following:

     1.  ICE letter to myself, dated June 15, 2005.

     2.  Bureau of Prisons letter to ICE, dated November 28, 2005.

     3.  Passport Services letter to myself, dated August 17, 2007.

     4.  A certified copy of the application that resulted in the issuance
of my most recent United States passport.

     The ICE has lodged an immigration detainer with the U.S. Bureau of
Prisons (BOP) against me, even though the detainer itself states that my nation-
ality is the United States.  The BOP subsequently informed ICE that the Pre-
sentence Investigation Report, part of the record of the proceedings in the
U.S. District Court that sentenced me, states that I am a naturalized United
States citizen..  ICE has not taken any action to remove the detainer, even
though ICE's statutory authority to lodge immigration detainers is limited to
non-citizen subjects.

     In response to your June 15, 2005 letter, I am providing you with a
certified copy of my passport application and the cover letter that transmitted
the application.  In addition to the passport application itself, I ask that
you also note the information contained in the fourth paragraph of the cover
letter.  That paragraph is explicit that my United States citizenship is a
matter of record with the United States Department of State.

     All of the records available to your are consistent.  They reflect that
I am a naturalized United States citizen.  The statute authorizing ICE to
issue immigration detainers clearly limits the scope of subjects to non-citi-
zens of the United States.  The United States Constitution prohibits disparate
treatment between citizens on the basis of national origin or the manner in
which their citizenship was acquired.  Nevertheless, you have made me the

EXHIBIT 9/page 1

**FILED**

08 1033

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts

-2-

subject of an immigration detainer solely on the basis that I was born outside
of the United States and acquired my citizenship through naturalization.  The
detainer directly affects the conditions of my imprisonment, my eligibility
to participate in programs to assist my re-entry into the community-at-large,
and the length of time that I will remain confined.

I understand that ICE is obligated to carry of the laws enacted by
Congress; however, ICE is equally constrained by the limitations imposed on
it by those same laws.  In the regard, I have attempted to proceed with the
resolution of this matter patiently and reasonably.  Your June 15, 200 letter
states that upon verification of my passport application the detainer will be
lifted.  I do not believe that it is unreasonable for me to expect that ICE
will now proceed with dispatch to undertake its verification and remove its
detainer against me.  If that is not the case, I will have to turn to other
administrative and legal options to resolve this matter and to enforce my
citizenship rights.

After you have had an opportunity to examine and verify the enclosed
certified record, please return it to me.  I understand your need to examine
the record that was originally certified.  However, obtaining this certified
record was time consuming and, for a person of limited means, expensive.
Therefore, I believe that you can understand why I do not want to permanently
relinquish this certified record.  Your may dispose of the other enclosures
as you wish.  My mailing address remains:

> German Cueto
> 01851-064  KB
> FCI-Ashland
> P.O. Box 6001
> Ashland, Kentucky  41105-6001

Thank you for your attention to this letter and your efforts to reach
a proper and timely resolution.

> Sincerely,
>
>
> German Cueto

EXHIBIT 9/page 2

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

German CUETO, 01851-064 (KB)

| | |
|---|---|
| Postage | $ 1.14 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | — |
| Total Postage & Fees | $ 5.94 |

Postmark Here — Ashland KY 41101 — USPS — 2007

Sent To
U.S. Immigration and Customs Enforcement
Street, Apt. No.; or PO Box No. 1010 E. Whately Rd.
City, State, ZIP+4 Oakdale, LA 71463

PS Form 3800, June 2002    See Reverse for Instructions

7005 1110 0003 8613 5357

EXHIBIT 10

08 1033

**FILED**

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts



UNITED STATES POSTAL SERVICE CALIFORNIA LA 713

17 SEP 2007 PM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

German Cueto
01851-064  KB
FCI-Ashland
P.O. Box 6001
Ashland, KY
        41105-6001



105+6001

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X J. Stout ☐ Agent ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery 9-17-07 |
| 1. Article Addressed to: <br> U.S. Immigration and Customs Enf <br> U.S. Dept. of Homeland Security <br> 1010 East Whatley Road <br> Oakdale, LA  71463 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No |
|  | 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7005 3110 0003 8813 5357 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT 11

08 1033

**FILED**

JUN 17 2008

Clerk, U.S. District and
Bankruptcy Courts



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Federal Correctional Institution

_____

*P.O. Box 888*
*Ashland, Kentucky   41105-0888*

May 6, 2008

Bureau of Immigration and Customs Enforcement
1010 East Whatley Road
Oakdale, LA 71463

RE:   CUETO, German Fidel
       Reg. No. 01851-064 (KB)
       INS No. A22 120 999

Dear BICE Official:

The above referenced inmate has requested a review of his immigration file based on his status as a naturalized United States Citizen.   This is the second request for a review of inmate Cueto's immigration file.  The first request was submitted to your office on November 28, 2005, with no reply received as of this date.

Inmate Cueto was sentenced on January 14, 1993, in the U.S. District Court Southern Florida, to a 360 month term for Bribery of a Public Official, Conspiracy to Possess With Intent to Distribute Cocaine, and Possession With Intent to Distribute Cocaine.  His projected Good Conduct Time release date is January 9, 2016.

On August 26, 2002, an Immigration Detainer was filed by your office against inmate Cueto indicating Nationality: United States.  Also, pursuant to inmate Cueto's Presentence Investigation Report, "the defendant is a naturalized citizen of the United States."

Please review inmate Cueto's immigration file and advise this office of your decision in this case.

Sincerely,                              **FILED**

*Cy a. Wyatt*                           **JUN 17 2008**

Cathryn A. Wyatt                        **Clerk, U.S. District and**
Supervisory Inmate Systems Specialist   **Bankruptcy Courts**

                                        **08 1033**

EXHIBIT 12

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

*GERMAN F. CUETO*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ~~88886~~
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro Se (PR)*

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*# 01851-064*

**DEFENDANTS**

*DIRECTOR BUREAU OF IMMIG. + CUSTOMS ENFORCEMENT, ET AL*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

Case: 1:08-cv-01033
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 6/17/2008
Description: Pro Se General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

⊘ 2 U.S. Government Defendant

□ 3 Federal Question
(U S Government Not a Party)

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**□ A. Antitrust**

□ 410 Antitrust

**□ B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

**□ C. Administrative Agency Review**

□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

**□ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## □ E. General Civil (Other) OR ⊘ F. Pro Se General Civil

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
⊘ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant
□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.
□ 460 Deportation

□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment**<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions**<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |
| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

☉ **1 Original Proceeding**    ☐ **2 Removed from State Court**    ☐ **3 Remanded from Appellate Court**    ☐ **4 Reinstated or Reopened**    ☐ **5 Transferred from another district (specify)**    ☐ **Multi district Litigation**    ☐ **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

*42 USC 1983*

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐   ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND:** ☐ YES   ☒ NO |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES   ☒ No    If yes, please complete related case form.

**DATE** 6.17.08     SIGNATURE OF ATTORNEY OF RECORD    *wco*

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence. Use 11001 to indicate plaintiff is resident of Washington, D C , 88888 if plaintiff is resident of the United States but not of Washington, D C., and 99999 if plaintiff is outside the United States

III.    CITIZENSHIP OF PRINCIPAL PARTIES This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT. The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY. If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form